474 A.2d 641

Commonwealth v. Gatewood, Appellant.

Submitted November 18, 1983. Cynthia C. Martelli, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Stanley L. Kubacki is affirmed.

474 A.2d 641

Commonwealth v. Giacalone, Appellant.

Submitted October 7, 1983. James Thomas I. Rague, III, for appellant; Laurence M. Kelly, District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Appeal quashed.